**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**Cause No. 14-60542**


**CYNTHIA FLETCHER, etal**                                              **Appellant**

**v.**

**STATE OF MISSISSIPPI ETAL**                                          **Appellee**
  **(Simpson County School District)**

---

**MOTION TO SET ASIDE CLERK'S MANDATE OF DISMISSAL**
**AND REINSTATE APPEAL**

---

Comes now, Appellant  Plaintiff-Intervenors by and through their attorney of record and files this Motion to Set Aside Mandate of Dismissal issued by the Clerk's Office and Reinstate Appeal and in support thereof the Plaintiff-Intervenors would show unto the Court the following:

1.  On or about September 9, 2014, the Clerk entered an Order dismissing Appellant's appeal for failure to order transcript and make financial arrangements with the court reporter.  On that same date, Appellant Plaintiff Intervenors filed a Motion to Set Aside that Order showing that the Appellants had filed a transcript Order and made financial arrangements with the Court reporter.  (See Motion with supporting exhibits attached as Exhibit A.  This Motion and attachments clearly show that not only was the transcript ordered, it has already been filed by the court reporter.

.2.  Nonetheless, on this date, the Clerk's office entered a Mandate dismissing the appeal.

1

3.      Because the Order of Dismissal and Mandate are clearly in error, they should be set

aside and the appeal reinstated.

Wherefore, premises considered, Appellants pray that the Clerk's Order of

Dismissal and Mandate be set aside and the appeal of this matter reinstated.

Respectfully submitted this the 16th  day of September, 2014.


Cynthia Fletcher, etal
*Appellants -Plaintiff-Intervenors*

By:     /s/ Suzanne Keys
Attorney for Plaintiff-Intervenors


Certificate

I, Suzanne Keys, attorney for the Plaintiff-Intervenors, hereby certify that I have served
Via ECF filing the foregoing instrument on counsel opposite including:

Holmes Adams
John Hooks
*Counsel for the Simpson County School District*

Torey Cummings
*Counsel for the United States of America*

So certified this the 16th day of September, 2014.

/s/ Suzanne Keys
Attorney for Plaintiff-Intervenors

2

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Cause No. 14-60542

CYNTHIA FLETCHER, etal                                    Appellant

v.

STATE OF MISSISSIPPI ETAL                                 Appellee
        (Simpson County School District)

---

**MOTION TO SET ASIDE CLERK'S ORDER OF DISMISSAL
AND REINSTATE APPEAL**

---

Comes now, Appellant Plaintiff-Intervenors by and through their attorney of record and files this Motion to Set Aside Clerk's Order of Dismissal and Reinstate Appeal and in support thereof the Plaintiff-Intervenors would show unto the Court the following:

1.    On or about September 9, 2014, the Clerk entered an Order dismissing Appellant's appeal for failure to order transcript and make financial arrangements with the court reporter.

2.    Appellants would show unto the Court that the Transcript Request was originally sent to the Court Reporter and mailed to the District Court Clerk on 8/19/14 (See copy attached as Exhibit A).

3.    Appellants were instructed to electronically file the request which was done on 8/28/14 (See copy of Docket attached April 30, 2014, attached as Exhibit B).

4.    The Court Reporter filed the transcript with the Court on 9/4/14 (See Docket)

1



5.     Accordingly, the Clerk's Order of Dismissal for failing to order the transcript is in

error and should be set aside and the appeal reinstated.

Wherefore, premises considered, Appellants pray that the Clerk's Order of Dismissal be

set aside and the appeal of this matter reinstated.

Respectfully submitted this the 9th day of September, 2014.


Cynthia Fletcher, etal
*Appellants -Plaintiff-Intervenors*

By:     /s/ Suzanne Keys
Attorney for Plaintiff-Intervenors


## Certificate

I, Suzanne Keys, attorney for the Plaintiff-Intervenors, hereby certify that I have served
Via ECF filing the foregoing instrument on counsel opposite including:

Holmes Adams
John Hooks
*Counsel for the Simpson County School District*

Torey Cummings
*Counsel for the United States of America*

So certified this the 9th day of September, 2014.

/s/ Suzanne Keys
Attorney for Plaintiff-Intervenors


2

READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

**District Court** SOUTHERN DISTRICT OF MISSISSIPPI

**District Court Docket Number** 3:70-CV-4706-WHB-LRA

**Short Case Title** UNITED STATES and Cynthia Fletcher v. The of Mississippi (Simpson) School Dist.

**Court Reporter** BRENDA WOLVERTON

**Date Notice of Appeal Filed by Clerk of District Court** _____

**Court of Appeals #** _____ *(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| JAN 8, 2014 | HEARING | BARBOUR |
| JAN. 10, 2014 | HEARING | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

**Signature** Suzanne Keys    **Date Transcript Ordered** 8-19-14

**Print Name** SUZANNE KEYS    **Counsel for** PL - INTERVENERS

**Address** PRECIOUS MARTIN + ASSOCIATES, PO BOX 373, JACKSON, MS 39205    **Telephone** 601 944 1447

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.    COURT REPORTER ACKNOWLEDGEMENT** *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ Date    _____ Signature of Court Reporter    _____ Telephone

**Address of Court Reporter:** _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Date    _____ Signature of Court Reporter

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

Case: 14-60542      Document: 00512771282      Page: 6      Date Filed: 09/16/2014

Case: 14-60542      Document: 00512761805      Page: 1      Date Filed: 09/09/2014
CM/ECF LIVE - U.S. District Court: Mississippi Southern District                    Page 1 of 23

APPEAL,LEAD,LRA

## U.S. District Court
### Southern District of Mississippi (Northern (Jackson))
### CIVIL DOCKET FOR CASE #: 3:70-cv-04706-WHB-LRA

United States v. State of Mississippi
Assigned to: District Judge William H. Barbour, Jr
Referred to: Magistrate Judge Linda R. Anderson
Demand: $0
Cause: 28:1331 Fed. Question: Civil Rights Violation

Date Filed: 07/09/1970
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**     represented by     **Jonathan Fischbach**
U. S. DEPARTMENT OF JUSTICE -
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., NW
PHB, Suite 4300
Washington, DC 20530
202/305-3753
Fax: 202/514-8337
Email: jonathan.fischbach@usdoj.gov
*TERMINATED: 10/25/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Torey Brooks Cummings**
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
202/305-4204
Email: torey.cummings@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfred B. Jernigan - Fed Gov , Jr.**
U. S. ATTORNEY'S OFFICE - Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601/973-2820
Fax: 601/965-4409
Email: al.jernigan@usdoj.gov
*TERMINATED: 12/16/2013*
*ATTORNEY TO BE NOTICED*

**Amy I. Berman**
U. S. DEPARTMENT OF JUSTICE -
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., NW
PHB, Suite 4300
Washington, DC 20530
202/514-3843
Fax: 202/514-8337
Email: amy.berman@usdoj.gov
*TERMINATED: 06/27/2011*

**Jonathan Damian Newton**
U. S. DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, NW
PHB Suite 4300
Washington, DC 20530
202/307-6475
Fax: 202/514-8337
Email: jonathan.newton@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joseph Wardenski**
U. S. DEPARTMENT OF JUSTICE -
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., NW
PHB, Suite 4300
Washington, DC 20530
202/305-4282
Fax: 202/514-8337
Email: joseph.wardenski@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Mitzi Dease Paige**
U. S. ATTORNEY'S OFFICE - Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601/973-2840 965-4480
Fax: 601/965-4409 or 4032
Email: Mitzi.paige@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

represented by

**Cynthia Fletcher**
*A minor, by Rev. Artis Fletcher, as next friend, and Gloria Jean Barnes and David Barnes, minors, by Rev. Theotis Smith, as next friend, suing in their own behalf and on behalf of all others similarly situated*

**Suzanne Griggins Keys**
PRECIOUS MARTIN, SR. AND ASSOCIATES, PLLC
P. O. Box 373
821 North Congress Street (39202-2552)
Jackson, MS 39205-0373
601/944-1447
Fax: 601/944-1448
Email: skeys@ptmandassoc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State of Mississippi**

V.

**Intervenor Defendant**

**Walthall County School District**                    represented by **Irving C. Mord**
CONRAD MORD, ATTORNEY
P. O. Drawer 311
Tylertown, MS 39667-0311
(601) 876-2611
Fax: 601/876-4379
Email: icmord@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Laurel Municipal Separate School District**                    represented by **Richard L. Yoder**
GILCHRIST, SUMRALL, YODER & BOONE, PLLC
P. O. Box 106
Laurel, MS 39441-0106
601/649-3351
Fax: 601/426-9625
Email: rly@laurellaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Hattiesburg Municipal Separate School District**

**Intervenor Defendant**

Case: 14-60542    Document: 00512771282    Page: 9    Date Filed: 09/16/2014

Case: 14-60542    Document: 00512761805    Page: 4    Date Filed: 09/09/2014
CM/ECF LIVE - U.S. District Court: Mississippi Southern District          Page 4 of 23

Newton County Unit School District

**Intervenor Defendant**
Scott County School District

**Intervenor Defendant**
Union County School District

**Intervenor Defendant**
Harrison County School District

**Intervenor Defendant**
Copiah County School District

**Intervenor Defendant**
Hazlehurst Separate School District

**Intervenor Defendant**
Vicksburg Municipal Separate
School District

**Intervenor Defendant**
Simpson County School District                represented by **Holmes S. Adams**
                                               ADAMS AND REESE, LLP -
                                               Ridgeland
                                               1018 Highland Colony Parkway
                                               Suite 800
                                               Ridgeland, MS 39157
                                               601/292-0723
                                               Fax: 601/355-9708
                                               Email: holmes.adams@arlaw.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **James A. Becker , Jr.**
                                               WATKINS & EAGER
                                               P. O. Box 650
                                               Jackson, MS 39205-0650
                                               (601) 965-1900
                                               Email: jbecker@watkinseager.com
                                               *ATTORNEY TO BE NOTICED*

                                               **John Simeon Hooks**
                                               ADAMS AND REESE
                                               1018 Highland Colony Parkway, Suite
                                               800
                                               Ridgeland, MS 39157
                                               601/353-3234

CM/ECF LIVE - U.S. District Court: Mississippi Southern District

Fax: 601/355-9708
Email: john.hooks@arlaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**McComb Municipal Separate School District**    represented by **Holmes S. Adams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Poplarville Special Municipal Separate School District**

**Intervenor Defendant**

**Jones County School District**    represented by **Terry L. Caves**
CAVES & CAVES, PLLC
P. O. Drawer 167
Laurel, MS 39441-0167
601/428-0402
Fax: 601/428-0452
Email: terryc@tlcaves.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Wayne County School District**

**Intervenor Defendant**

**Forrest County School District**    represented by **James H. C. Thomas , Jr.**
JAMES H. C. THOMAS, JR.,
ATTORNEY
P. O. Box 808
Hattiesburg, MS 39403-0808
(601) 582-0215

**Interested Party**

**Brenda Wolverton**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/1970 | 1 | COMPLAINT ; Civil Rights - Integration of 13 School Districts (cwl). (Entered: 08/04/1992) |
| 07/09/1970 | 14 | ORIGINAL DOCKET SHEET(cwl). Modified on 2/10/2011 Attached is a scanned copy of the original docket sheet. It will be necessary to review this docket sheet for complete information in this case, including attorneys of record, from filing through 12/21/2009. Original docket sheet and case file have been shipped to Archives. (Entered: 06/29/2010) |

CM/ECF LIVE - U.S. District Court: Mississippi Southern District

| 08/28/2014 | 216 | TRANSCRIPT REQUEST by Cynthia Fletcher for proceedings held on January 8 and January 10, 2014 before Judge Barbour, re 205 Notice of Interlocutory Appeal, Transcript due by 8/26/2014 (Keys, Suzanne) (Entered: 08/28/2014) |
|---|---|---|
| 09/01/2014 | 217 | DESIGNATION of Record on Appeal by Cynthia Fletcher re 205 Notice of Interlocutory Appeal, (Keys, Suzanne) (Entered: 09/01/2014) |
| 09/04/2014 | 218 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT for dates of January 8, 2014 before Judge William H. Barbour, Jr., re 205 Notice of Interlocutory Appeal, Court Reporter/Transcriber Brenda Wolverton, Telephone Number : 601-608-4188. NOTICE RE : REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no Notice is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. The policy is located on the court website at www.mssd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/25/2014. Redacted Transcript Deadline set for 10/6/2014. Release of Transcript Restriction set for 12/3/2014. (BW) (Entered: 09/04/2014) |
| 09/04/2014 | 219 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT for dates of 1/10/2014 before Judge William H. Barbour, Jr., re 205 Notice of Interlocutory Appeal, Court Reporter/Transcriber Brenda Wolverton, Telephone Number : 601-608-4188. NOTICE RE : REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no Notice is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. The policy is located on the court website at www.mssd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/25/2014. Redacted Transcript Deadline set for 10/6/2014. Release of Transcript Restriction set for 12/3/2014. (BW) (Entered: 09/04/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/09/2014 11:10:07 | | | |
| PACER Login: | gm1264:2919221:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:70-cv-04706-WHB-LRA |
| Billable Pages: | 16 | Cost: | 1.60 |